**Fill in this information to identify the case:**

Debtor name: Wittenberg Lutheran Village, Inc.

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 25-01711

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:  Cash and Cash Equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $0.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1  Argent Institutional Trust | Escrow Account for Residents' Entrance Fees | 7832 | $0.00 |
| 3.2  Charles Schwab | Investment Account | 445 | $0.00 |
| 3.3  Fifth Third Bank | Operating Account | 5687 | $0.00 |
| 3.4  Old National Bank | Depository Account | 6047 | $0.00 |
| 3.5  Old National Bank | Operating Account | 6104 | $0.00 |
| 3.6  Old National Bank | Resident Account | 6112 | $0.00 |

| | | | |
|---|---|---|---|
| 3.7 | Old National Bank | Resident Appreciation Gift Account | 710 | $0.00 |
| 3.8 | Wintrust | Operating Account | 6156 | $0.00 |

**4. Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1 | Resident Cash | $10,817.00 |
| 4.2 | Resident Trust | $2,604.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$13,421.00

## Part 2:   Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | |
|---|---|
| 7.1 | $0.00 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | |
|---|---|
| 8.1 | $0.00 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$0.00

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| 11a. | 90 days old or less: | _____ face amount | − | _____ doubtful or uncollectible accounts | = ........ ➜ | $0.00 |
| 11b. | Over 90 days old: | _____ face amount | − | _____ doubtful or uncollectible accounts | = ........ ➜ | $0.00 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | $0.00 |
|---|---|

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 | | | $0.00 |
|---|---|---|---|

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                        % of ownership:

| 15.1 | | | $0.00 |
|---|---|---|---|

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 16.1 | | | $0.00 |
|---|---|---|---|

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | $0.00 |
|---|---|

**Part 5:   Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | $0.00 |

**22. Other inventory or supplies**

22.1 _____    _____    _____    _____    $0.00

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.    $0.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.    $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Furniture and Furishings (Net) | $294,585.00 | Net Book Value | $294,585.00 |
| **40. Office fixtures** | | | |
| 40.1 See Schedule A/B Question 39 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 IT Equipment and Software (Net) | $60,824.00 | Net Book Value | $60,824.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$355,409.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1<br>2014 Dodge Ram 2500 St (VIN #3C6LR5ATXEG222726) | $5,835.40 | Net Book Value | $5,835.40 |
| 47.2<br>2013 Ford Taurus (VIN #1FAHP2F81DG159409) | $5,666.58 | Net Book Value | $5,666.58 |
| 47.3<br>2015 Ford E-450 (VIN #1FDFE4FS0FDA08494) | $577.21 | Net Book Value | $577.21 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>Other Equipment (Net) | $68,896.00 | Net Book Value | $68,896.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $80,975.19 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:   Real Property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  1150 E. Luther Drive, Crown Point IN 46307 | Owned | N/A | N/A | $0.00 |
| 55.2  Building Improvements (Net) | N/A | $911,247.00 | Net Book Value | $911,247.00 |
| 55.3  Buildings (Net) | N/A | $201,785.00 | Net Book Value | $201,785.00 |
| 55.4  Land (Net) | N/A | $26,276.00 | Net Book Value | $26,276.00 |
| 55.5  Land Improvements (Net) | N/A | $222,906.00 | Net Book Value | $222,906.00 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| $1,362,214.00 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1  HelloWittenbergVillage.org | Undetermined | N/A | Undetermined |
| 61.2  MeetWittenbergVillage.org | Undetermined | N/A | Undetermined |
| 61.3  VisitWittenbergVillage.org | Undetermined | N/A | Undetermined |

| 61.4 | WittenbergVillageCB.org | Undetermined | N/A | Undetermined |
| 61.5 | WittenbergVillageCT.org | Undetermined | N/A | Undetermined |
| 61.6 | WittenbergVillageGiving.org | Undetermined | N/A | Undetermined |
| 61.7 | WittenbergVillagePT.org | Undetermined | N/A | Undetermined |
| 61.8 | WittenbergVillageST.org | Undetermined | N/A | Undetermined |
| 61.9 | WittenbergVillageTT.org | Undetermined | N/A | Undetermined |
| 61.10 | WVcottage.org | Undetermined | N/A | Undetermined |
| 61.11 | WVCottages.org | Undetermined | N/A | Undetermined |
| 61.12 | WVevents.org | Undetermined | N/A | Undetermined |
| 61.13 | WVExpansion.org | Undetermined | N/A | Undetermined |
| 61.14 | WVHoliday.org | Undetermined | N/A | Undetermined |

**62. Licenses, franchises, and royalties**

| 62.1 | | | | $0.00 |

**63. Customer lists, mailing lists, or other compilations**

| 63.1 | | | | $0.00 |

**64. Other intangibles, or intellectual property**

| 64.1 | Facebook - @WittenbergVillage | Undetermined | N/A | Undetermined |
| 64.2 | Instagram - @WittenbergVillage | Undetermined | N/A | Undetermined |

**65. Goodwill**

| 65.1 | | | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| $0.00 |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

- ☑ No
- ☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- ☑ No
- ☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

---

**Part 11:    All other assets**

---

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1

| _____ | _____ | - | _____ | = ➡ | $0.00 |
|---|---|---|---|---|---|
|  | total face amount |  | doubtful or uncollectible amount |  |  |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

| _____ | Tax year _____ | $0.00 |
|---|---|---|

**73. Interests in insurance policies or annuities**

| 73.1 | Interest in Senior Services Organization Professional Liability Policy | Undetermined |
|---|---|---|
| 73.2 | Interest in Commercial General Liability Policy | Undetermined |
| 73.3 | Interest in Employee Benefit Program Policy | Undetermined |
| 73.4 | Interest in Fiduciary Liability Policy | Undetermined |
| 73.5 | Interest in Employment Practices Liability Policy | Undetermined |
| 73.6 | Interest in Directors and Officers Policy | Undetermined |
| 73.7 | Interest in Executive Lines Excess Insurance Policy Policy | Undetermined |

| 73.8 | | |
| --- | --- | --- |
| | Interest in Excess Insurance Policy Policy | Undetermined |

| 73.9 | | |
| --- | --- | --- |
| | Interest in Property Policy | Undetermined |

| 73.10 | | |
| --- | --- | --- |
| | Interest in Auto Policy | Undetermined |

| 73.11 | | |
| --- | --- | --- |
| | Interest in Crime Policy | Undetermined |

| 73.12 | | |
| --- | --- | --- |
| | Interest in ERISA Fidelity Bond Policy | Undetermined |

| 73.13 | | |
| --- | --- | --- |
| | Interest in Workers Comp Policy | Undetermined |

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

| | $0.00 |
| --- | --- |

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

| | $0.00 |
| --- | --- |

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1

| | $0.00 |
| --- | --- |

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1

| | $0.00 |
| --- | --- |

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $0.00 |
| --- |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:    Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $13,421.00 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |

**82. Accounts receivable.** Copy line 12, Part 3.                                    $0.00

**83. Investments.** Copy line 17, Part 4.                                              $0.00

**84. Inventory.** Copy line 23, Part 5.                                                $0.00

**85. Farming and fishing-related assets.** Copy line 33, Part 6.                       $0.00

**86. Office furniture, fixtures, and equipment; and collectibles.** Copy     $355,409.00
line 43, Part 7.

**87. Machinery, equipment, and vehicles.** Copy line 51, Part 8.            $80,975.19

**88. Real property. Copy line 56, Part 9.**                        ➔          $1,362,214.00

**89. Intangibles and intellectual property..** Copy line 66, Part 10.                  $0.00

**90. All other assets.** Copy line 78, Part 11.                                        $0.00

**91. Total. Add lines 80 through 90 for each column**    91a.   | $449,805.19 |    91b.   | $1,362,214.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.                | $1,812,019.19 |

**Fill in this information to identify the case:**

Debtor name: Wittenberg Lutheran Village, Inc.

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 25-01711

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:    List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

2.1

COMPUTERSHARE TRUST COMPANY, N.A.
1505 ENERGY PARK DRIVE
ST. PAUL, MN 55108

**Date debt was incurred?**
12/12/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**

**Describe the lien**
UCC Lien No. 20191213048628

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: Undetermined

Column B: Undetermined

**2.2**

COMPUTERSHARE TRUST
COMPANY, N.A.
1505 ENERGY PARK DRIVE
ST. PAUL, MN 55108

**Date debt was incurred?**
12/12/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**
☐ No

☐ Yes. Specify each creditor, including

this creditor, and its relative priority.

**Describe debtor's property that is subject to
the lien:**                         Undetermined          Undetermined

**Describe the lien**
UCC Lien No. 20191213048630

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent

☑ Unliquidated

☑ Disputed

**2.3**

INDIANA DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY SECTION
100 NORTH SENATE AVENUE, MS
108
INDIANAPOLIS, IN 46204

**Date debt was incurred?**
7/27/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**
☐ No

☐ Yes. Specify each creditor, including

this creditor, and its relative priority.

**Describe debtor's property that is subject to
the lien:**                         $134.93          Undetermined

**Describe the lien**
State Tax Lien Doc. # 31022494

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent

☑ Unliquidated

☑ Disputed

**2.4**

MISSION INVESTMENT FUND OF
THE EVANGELICAL LUTHERAN
CHURCH IN AMERICA
ATTN: CAROLYN GERGITS
8765 W. HIGGINS RD
CHICAGO, IL 60631

**Date debt was incurred?**
12/16/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**

**Describe the lien**
UCC Lien No. 20191217049820

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

| Undetermined | Undetermined |
|---|---|

**2.5**

MISSION INVESTMENT FUND OF
THE EVANGELICAL LUTHERAN
CHURCH IN AMERICA
ATTN: CAROLYN GERGITS
8765 W. HIGGINS RD
CHICAGO, IL 60631

**Date debt was incurred?**
12/1/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All Owned Assets

**Describe the lien**
Series 2019C Bonds - Subordinated

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

| $7,534,756.00 | Undetermined |
|---|---|

**2.6**

UMB BANK, N.A.
ATTN: JULIE BECKER
120 SIXTH STREET SOUTH
SUITE 1400
MINNEAPOLIS, MN 55402

**Date debt was incurred?**
12/1/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All Owned Assets

**Describe the lien**
Series 2019A Bonds

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$151,870,511.00    Undetermined

**2.7**

UMB BANK, N.A.
ATTN: JULIE BECKER
120 SIXTH STREET SOUTH
SUITE 1400
MINNEAPOLIS, MN 55402

**Date debt was incurred?**
12/12/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**

**Describe the lien**
UCC Lien No. 20191213048628

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Undetermined    Undetermined

2.8

UMB BANK, N.A.
ATTN: JULIE BECKER
120 SIXTH STREET SOUTH
SUITE 1400
MINNEAPOLIS, MN 55402

**Date debt was incurred?**
12/12/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Undetermined                    Undetermined

**Describe the lien**
UCC Lien No. 20191213048630

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent

☑ Unliquidated

☑ Disputed

---

2.9

WELLS FARGO BANK, NATIONAL ASSOCIATION
10 SOUTH WACKER DRIVE
13TH FLOOR
CHICAGO, IL 60606

**Date debt was incurred?**
12/12/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Undetermined                    Undetermined

**Describe the lien**
UCC Lien No. 20191213048628

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent

☑ Unliquidated

☑ Disputed

2.10

WELLS FARGO BANK, NATIONAL
ASSOCIATION
10 SOUTH WACKER DRIVE
13TH FLOOR
CHICAGO, IL 60606

**Date debt was incurred?**
12/12/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**
☐ No

☐ Yes. Specify each creditor, including

this creditor, and its relative priority.

**Describe debtor's property that is subject to
the lien:**
                                                    Undetermined          Undetermined

**Describe the lien**
UCC Lien No. 20191213048630

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent

☑ Unliquidated

☑ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
Page, if any.**                                                                $159,405,401.93

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of
claims listed above, and attorneys for secured creditors.
If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 | | |

**Fill in this information to identify the case:**

Debtor name: Wittenberg Lutheran Village, Inc.

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 25-01711

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

2.1

INTERNAL REVENUE SERVICE
230 S DEARBORN ST
CHICAGO, IL 60604

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: Undetermined
Priority amount: Undetermined

2.2

INDIANA DEPT OF REVENUE (IDOR)
ATTN: TAX DEPARTMENT
100 N SENATE AVE
INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: Undetermined
Priority amount: Undetermined

2.3

CITY OF CROWN POINT
ATTN: TAX DEPARTMENT
101 N EAST ST
CROWN POINT, IN 46307

**As of the petition filing date, the claim is:**    Undetermined    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

☐ Yes

---

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1

See Schedule F Attachment

**As of the petition filing date, the claim is:**    $1,096,737.00
*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

4.1

Line

☐ Not listed. Explain

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. | $1,096,737.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,096,737.00 |

SCHEDULE F ATTACHMENT
Creditors Who Have Non-Priority Unsecured Claims

| ID | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Date Incurred | Last 4 Digits of Account # | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|----|-----------------|-----------|-----------|-----------|-----------|------|-------|-----|---------------|---------------------------|-----------------|------------|--------------|----------|------------------------------------------|-------------|
| 3.001 | LUTHERAN HOME FOR THE AGED, INC. | 800 WEST OAKTON STREET | | | | ARLINGTON HEIGHTS | IL | 60004 | Undetermined | | Intercompany Payable | | | | No | $1,002,126.00 |
| 3.002 | LUTHERAN LIFE COMMUNITIES | 800 WEST OAKTON STREET | | | | ARLINGTON HEIGHTS | IL | 60004 | Undetermined | | Intercompany Payable | | | | No | $79,752.00 |
| 3.003 | RESIDENT 765; ID 6204 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | X | | | No | $15,859.00 |

| | | | | | | | | | | | | | | | Total | $1,096,737.00 |

**Fill in this information to identify the case:**

Debtor name: Wittenberg Lutheran Village, Inc.

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 25-01711

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:** Executory Contracts and Unexpired Leases

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1 **State what the contract or lease is for and the nature of the debtor's interest**   See Schedule G Attachment

**State the term remaining**

**List the contract number of any government contract**

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Contract ID | Notice Party's Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.001 | FOUNTAIN WINTER MAINTENANCE PROGRAM - AQUAMASTER | Undetermined | | AQUATIC CONTROL, INC. | PO BOX 100 | | | SEYMOUR | IN | 47274 | |
| 2.002 | MAINTENANCE SERVICE AGREEMENT | 173 Days | | COMCAST BUSINESS | PO BOX 4089 | | | CAROL STREAM | IL | 60197 | |
| 2.003 | XFINITY COMMUNITIES SERVICE AGREEMENT | 1308 Days | | COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC | 1255 W. NORTH AVENUE | | | CHICAGO | IL | 60642 | |
| 2.004 | PREVENTIVE MAINTENANCE AGREEMENT | 119 Days | | CRITICAL HVAC SYSTEMS, LLC | 5400 NEWPORT DRIVE | UNIT 1 | | ROLLING MEADOWS | IL | 60008 | |
| 2.005 | COMMERCIAL PEST SERVICE AGREEMENT | Undetermined | | FRANKLIN PEST SOLUTIONS | ATTN: DAVE SCOTT | 664 STATE ST | | HAMMOND | IN | 46320 | |
| 2.006 | SERVICES AGREEMENT | Undetermined | | GRASS GOBBLERS, LLC | 4504 N CALUMET AVENUE | | | VALPARAISO | IN | 46383 | |
| 2.007 | SUPPLY AGREEMENT | Undetermined | | MEDLINE INDUSTRIES HOLDINGS, L.P. | 3 LAKES DRIVE | | | NORTHFIELD | IL | 60093 | |
| 2.008 | SERVICES BASIC AGREEMENT | Undetermined | | PER MAR SECURITY SERVICES | 1910 E. KIMBERLY RD | | | DAVENPORT | IA | 52807 | |
| 2.009 | MAINTENANCE SERVICE AGREEMENT | 501 Days | | POWER PLUS! | 5500 E. LA PALMA AVE | | | ANAHEIM | CA | 92807 | |
| 2.010 | BASIC PROTECTION PLAN AGREEMENT 26236-1 | Undetermined | | RF TECHNOLOGIES, INC (RFT) | ATTN: SERVICES AGREEMENT SPECIALIST | 3125 N. 126TH STREET | | BROOKFIELD | WI | 53005 | |
| 2.011 | COMMERCIAL PEST SERVICE AGREEMENT | 323 Days | | ROSE PEST SOLUTIONS | 664 STATE ST | | | HAMMOND | IN | 46320 | |
| 2.012 | AMENDMENT TO THERAPY SERVICES AGREEMENT | Undetermined | | SELECT REHABILITATION | ATTN: LEGAL DEPT | PO BOX 71985 | | CHICAGO | IL | 60694 | |
| 2.013 | AVIARY SERVICE AGREEMENT | Undetermined | | SERENITY AQUARIUM & AVIARY SERVICES | 7260 COMMERCE PLAZA DRIVE | | | NEENAH | WI | 54956 | |
| 2.014 | COLLECTIVE BARGAINING AGREEMENT | 91 Days | | TEAMSTERS LOCAL UNION NO. 142 | C/O DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YOKICH, LLP | ATTN: ELIZABETH L. ROWE | 8 S MICHIGAN AVE, 19TH FL | CHICAGO | IL | 60603 | |
| 2.015 | MULTIUNIT COLLECTIVE BARGAINING AGREEMENT | 150 Days | | TEAMSTERS LOCAL UNION NO. 142 | C/O DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YOKICH, LLP | ATTN: ELIZABETH L. ROWE | 8 S MICHIGAN AVE, 19TH FL | CHICAGO | IL | 60603 | |
| 2.016 | GOLD MAINTENANCE AGREEMENT | Undetermined | | THYSSENKRUPP ELEVATOR CORPORATION | 355 EISENHOWER LANE SOUTH | | | LOMBARD | IL | 60148 | |
| 2.017 | RETENTION AGREEMENT | Undetermined | | STEVE OWEN | ADDRESS ON FILE | | | | | | |

**Fill in this information to identify the case:**

Debtor name: Wittenberg Lutheran Village, Inc.

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 25-01711

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 Luther Oaks, Inc. | ATTN: JULIE BECKER 120 SIXTH STREET SOUTH SUITE 1400 MINNEAPOLIS, MN 55402 | UMB Bank, N.A. | ☑ D ☐ E/F ☐ G |
| 2.2 Lutheran Home and Services for the Aged, Inc. | ATTN: JULIE BECKER 120 SIXTH STREET SOUTH SUITE 1400 MINNEAPOLIS, MN 55402 | UMB Bank, N.A. | ☑ D ☐ E/F ☐ G |
| 2.3 Lutheran Home for the Aged, Inc. | ATTN: JULIE BECKER 120 SIXTH STREET SOUTH SUITE 1400 MINNEAPOLIS, MN 55402 | UMB Bank, N.A. | ☑ D ☐ E/F ☐ G |
| 2.4 Pleasant View Luther Home, Inc. | ATTN: JULIE BECKER 120 SIXTH STREET SOUTH SUITE 1400 MINNEAPOLIS, MN 55402 | UMB Bank, N.A. | ☑ D ☐ E/F ☐ G |

| 2.5 | | | |
|---|---|---|---|
| Wittenberg Lutheran Village Endowment Corporation | ATTN: JULIE BECKER<br>120 SIXTH STREET SOUTH<br>SUITE 1400<br>MINNEAPOLIS, MN 55402 | UMB Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |

| 2.6 | | | |
|---|---|---|---|
| Luther Oaks, Inc. | ATTN: KIM MCMAHON<br>JOHN WHYMAN<br>8750 W. BRYN MAWR AVENUE<br>CHICAGO, IL 60631 | Old National Bank | ☑ D<br>☐ E/F<br>☐ G |

| 2.7 | | | |
|---|---|---|---|
| Lutheran Home and Services for the Aged, Inc. | ATTN: KIM MCMAHON<br>JOHN WHYMAN<br>8750 W. BRYN MAWR AVENUE<br>CHICAGO, IL 60631 | Old National Bank | ☑ D<br>☐ E/F<br>☐ G |

| 2.8 | | | |
|---|---|---|---|
| Lutheran Home for the Aged, Inc. | ATTN: KIM MCMAHON<br>JOHN WHYMAN<br>8750 W. BRYN MAWR AVENUE<br>CHICAGO, IL 60631 | Old National Bank | ☑ D<br>☐ E/F<br>☐ G |

| 2.9 | | | |
|---|---|---|---|
| Pleasant View Luther Home, Inc. | ATTN: KIM MCMAHON<br>JOHN WHYMAN<br>8750 W. BRYN MAWR AVENUE<br>CHICAGO, IL 60631 | Old National Bank | ☑ D<br>☐ E/F<br>☐ G |

| 2.10 | | | |
|---|---|---|---|
| Wittenberg Lutheran Village Endowment Corporation | ATTN: KIM MCMAHON<br>JOHN WHYMAN<br>8750 W. BRYN MAWR AVENUE<br>CHICAGO, IL 60631 | Old National Bank | ☑ D<br>☐ E/F<br>☐ G |

| 2.11 | | | |
|---|---|---|---|
| Luther Oaks, Inc. | ATTN: CAROLYN GERGITS<br>8765 W HIGGINS RD<br>CHICAGO, IL 60631 | Mission Investment Fund of the Evangelical Lutheran Church in America | ☑ D<br>☐ E/F<br>☐ G |

| 2.12 | | | |
|---|---|---|---|
| Lutheran Home and Services for the Aged, Inc. | ATTN: CAROLYN GERGITS<br>8765 W HIGGINS RD<br>CHICAGO, IL 60631 | Mission Investment Fund of the Evangelical Lutheran Church in America | ☑ D<br>☐ E/F<br>☐ G |

Debtor Wittenberg Lutheran Village, Inc.
Name

Case 25-01711    Doc 9    Filed 03/08/25    Case number (if known) 25-01711
Entered 03/08/25 09:13:08    Desc Main
Document    Page 26 of 26

**2.13**
Lutheran Home for the Aged, Inc.

ATTN: CAROLYN GERGITS
8765 W HIGGINS RD
CHICAGO, IL 60631

Mission Investment Fund of the Evangelical Lutheran Church in America

☑ D
☐ E/F
☐ G

**2.14**
Pleasant View Luther Home, Inc.

ATTN: CAROLYN GERGITS
8765 W HIGGINS RD
CHICAGO, IL 60631

Mission Investment Fund of the Evangelical Lutheran Church in America

☑ D
☐ E/F
☐ G

**2.15**
Wittenberg Lutheran Village Endowment Corporation

ATTN: CAROLYN GERGITS
8765 W HIGGINS RD
CHICAGO, IL 60631

Mission Investment Fund of the Evangelical Lutheran Church in America

☑ D
☐ E/F
☐ G

**2.16**
Lutheran Life Ministries

MISSION INVESTMENT FUND OF THE EVANGELICAL LUTHERAN CHURCH IN AMERICA
ATTN: CAROLYN GERGITS
8765 W. HIGGINS RD
CHICAGO, IL 60631

Mission Investment Fund of the Evangelical Lutheran Church in America

☑ D
☐ E/F
☐ G